```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

KAYO CLEVELAND,                    *
                                   *
    Plaintiff,                     *
                                   *
vs.                                *  CIVIL ACTION NO. 19-00286-JB-B
                                   *
JH PORTFOLIO DEBT EQUITIES,        *
LLC,                               *
                                   *
    Defendant.                     *

## ORDER

This civil action is before the Court on the Report and Recommendation of the Magistrate Judge dated November 23, 2020 (Doc. 14). No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommended that Plaintiff Kayo Cleveland's Motion for Entry of Default Judgment by the Court (Doc. 13) be granted in part and denied in part. The Magistrate Judge found that Plaintiff had plausibly stated a claim that Defendant JH Portfolio Debt Equities, LLC ("Defendant") violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq.* ("FDCPA"). Specifically, the Magistrate Judge found that Plaintiff had plausibly alleged that Defendant violated §§ 1692e(2)(A) and 1692e(10) of the FDCPA.

The Magistrate Judge also recommended that Plaintiff be awarded $1,000.00 in statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), as well as $4,330.00 in attorneys' fees and $525.10

in costs pursuant to 15 U.S.C. § 1692k(a)(3). However, the Magistrate Judge recommended that Plaintiff's request for $10,000 in actual damages be denied.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 14) is **ADOPTED** as the opinion of this Court. For the reasons set forth in the Report and Recommendation, it is **ORDERED** that Plaintiff's motion for default judgment (Doc. 13) is **GRANTED in part** and **DENIED in part**. Plaintiff's request for the entry of default judgment against Defendant is **GRANTED**, and Plaintiff is **AWARDED** $1,000.00 in statutory damages, $4,330.00 in attorneys' fees, and $525.10 in costs. Plaintiff's motion is **DENIED** with respect to Plaintiff's request for actual damages.

**DONE** and **ORDERED** this the 13th day of January, 2021.

/s/JEFFREY U. BEAVERSTOCK  
UNITED STATES DISTRICT JUDGE